| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Thapar, Amul R. | 2. Court or Organization<br><br>U.S. District Court EDKY | 3. Date of Report<br><br>04/25/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States District Court<br>35 W. Fifth Street<br>Covington, Kentucky 41011 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | National Advisory Council | North American South Asian Bar Association |
| 2. | Board Member | Northern Kentucky Catholic Charities |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Chase College of Law Northern Kentucky University (Adjunct Professor) | $26,931.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law | 1/15/12 to 1/20/12 | Charlottesville, VA | Teaching J Term Course | Travel, meals, hotel |
| 2. | University of Virginia Law | 2/17/12 to 2/20/12 | Charlottesville, VA | Judge Moot Court | Travel, meals, hotel |
| 3. | University of Michigan School of Law | 4/1/12 to 4/2/12 | Ann Arbor, MI | Speaker and Judged Moot Court | Travel, meals, hotel |
| 4. | Yale University Federalist Society | 4/19/12 to 4/20/12 | New Haven, CT | Speaker | Travel, meal, hotel |
| 5. | NASABA Conference | 6/30/12 to 7/1/12 | Philadelphia, PA | Speaker | Hotel |
| 6. | Columbia Law School Federalist Society | 9/30/12 to 10/1/12 | New York, NY | Speaker | Travel, meal, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | NAPABA Conference | 11/16/12 to 11/18/12 | Washington, DC | Speaker | Partial reimbursement for travel |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ING Direct Accounts | A | Interest | K | T | | | | | |
| 2. | Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. | TD Bank USA (Ameritrade Money Market) | A | Interest | J | T | | | | | |
| 4. | Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. | Paypal Inc. (Money Market) | A | Interest | J | T | | | | | |
| 6. | Under Armour (UA) Common | | None | J | T | | | | | |
| 7. | Nuance Comm. Inc. (NUAN) Common | | None | J | T | | | | | |
| 8. | Dreamworks Animation (DWA) Common | | None | J | T | | | | | |
| 9. | Nike Inc. (NKE) Common | A | Dividend | J | T | | | | | |
| 10. | Nintendo Corporation (NTDOY) Common | A | Dividend | J | T | | | | | |
| 11. | Borg Warner (BWA) Common | | None | J | T | Buy | 4/30/12 | J | | |
| 12. | BJ Restaurants, Inc, (BJRI) Common | | None | J | T | Buy | 12/6/12 | J | | |
| 13. | Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | | | | | |
| 14. | Disney Corp (DIS) Common | A | Dividend | J | T | | | | | |
| 15. | Activision Blizzard, Inc. (ATVI) Common | A | Dividend | J | T | | | | | |
| 16. | Amazon (AMZN) Common | | None | | | Closed | 5/1/12 | J | A | |
| 17. | Tesla (TSLA) Motors | | None | J | T | Buy | 12/6/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Labcorp Holdings (LH) Common | | None | J | T | | | | | |
| 19. Fannie Mae (FNM) Common | A | Dividend | J | T | | | | | |
| 20. Hasboro Corp. (HAS) Common | A | Dividend | J | T | | | | | |
| 21. Home Depot Inc. (HD) Common | A | Dividend | | | Closed | 4/16/12 | J | A | |
| 22. Montpelier Re Holdings Ltd (MRH) Common | A | Dividend | | | Closed | 4/16/12 | J | | |
| 23. Sanderson Farms Inc. (SAFM) Common | A | Dividend | | | Closed | 4/16/12 | J | A | |
| 24. United Fire & Casualty Company (UFCS) Common | A | Dividend | | | Closed | 4/16/12 | J | | |
| 25. Apple Inc. (AAPL) Common | A | Dividend | J | T | | | | | |
| 26. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | | | | | |
| 27. Costco Wholesale Corp. (COST) Common | A | Dividend | J | T | | | | | |
| 28. Cryptologic Inc. (CRYP) Common | A | Dividend | J | T | | | | | |
| 29. Exxon Mobil Corp (XOM) Common | A | Dividend | J | T | | | | | |
| 30. Flamel Tech Spon ADR (FLML) Common | | None | J | T | | | | | |
| 31. Intel Corp. (INTC) Common | A | Dividend | | | Closed | 4/16/12 | J | A | |
| 32. Markel Corp. (MKL) Common | | None | J | T | | | | | |
| 33. Microsoft Corp. (MSFT) Common | A | Dividend | | | Closed | 4/16/12 | J | A | |
| 34. Buffalo Wild Wings (BWLD) Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. CTRIP.com International (CTRP) Common | A | Dividend | J | T | | | | | |
| 36. Panera Bread (PNRA) Common | | None | J | T | | | | | |
| 37. Tibco Software Inc. (TIBX) Common | | None | J | T | | | | | |
| 38. Southwest Airlines (LUV) Common | A | Dividend | | | Closed | 12/31/12 | J | | |
| 39. United Health Group Inc. (UNH) Common | A | Dividend | | | Closed | 12/31/12 | J | B | |
| 40. Altria Group Inc. (MO) Common | A | Dividend | J | T | | | | | |
| 41. Chesapeake (CHK) | A | Dividend | J | T | | | | | |
| 42. Federated Investors Inc. (FII) Common | A | Dividend | J | T | | | | | |
| 43. Pfizer Inc. (PFE) Common | A | Dividend | | | Closed | 4/16/12 | J | A | |
| 44. Kraft Foods Inc. (KFT) Common | A | Dividend | J | T | | | | | |
| 45. Medco Health Solutions (MHS) Common | | None | | | Closed | 4/3/12 | J | A | |
| 46. Phillip Morris International (PM) | A | Dividend | J | T | | | | | |
| 47. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 48. National Oilwell Varco, Inc. (NOV) Common | A | Dividend | J | T | | | | | |
| 49. Nokia Corp (NOK) Common | A | Dividend | | | Closed | 4/16/12 | J | A | |
| 50. Vanguard 500 Index Funds | A | Dividend | J | T | | | | | |
| 51. Vanguard Windsor Portfolio | A | Dividend | K | T | Buy<br>(add'l) | 02/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Value Index Portfolio | A | Dividend | J | T | Buy | 02/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 04/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Windsor and Value funds are part of a 529 plan. We invest monthly in the plans, but the monthly amounts invested are less than the reporting requirement. The only amount greater was on February 22, 2012, and that is reflected in the reporting.

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 10

Name of Person Reporting

Thapar, Amul R.

Date of Report

04/25/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544